**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STANLEY BLACK & DECKER, INC. and
THE BLACK & DECKER CORPORATION,

    Plaintiffs,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:23-cv-02814

**FILED UNDER SEAL**

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|---|---|
| 1 | Lumsingdirect |
| 2 | Mingchuanghui |
| 3 | Heriskeer |
| 4 | Jialitt |
| 5 | Glk-Shop |
| 6 | Gatcepot |
| 7 | Jyakli |
| 8 | Dasnite Direct |
| 9 | Tai Jing Tech |
| 10 | Tuoxin Direct |
| 11 | Xruokeji |
| 12 | Miady |
| 13 | Wakitt Direct |
| 14 | Dosctt-Us |
| 15 | 2019Nana |
| 16 | 3600Memory |
| 17 | 3C-Dealcity |
| 18 | 828Discounts |
| 19 | Alles_Top168 |
| 20 | Allfine2018 |
| 21 | Allthebest2021 |
| 22 | Allwellfrom2020 |
| 23 | Antrobutus |
| 24 | Battery_Shop_Uk |
| 25 | Batteryengineer |
| 26 | Batteryexpert2016 |

| | |
|---|---|
| 27 | Batterymall2018 |
| 28 | Batteryspecialist |
| 29 | Batteryworldmall666 |
| 30 | Batteryworldmall888 |
| 31 | Berrn3 |
| 32 | Bossup2020 |
| 33 | Bulewind2018 |
| 34 | Cell-Plaza |
| 35 | Changsheng2018 |
| 36 | Cheapreeferparts |
| 37 | Comix_0813 |
| 38 | Crazybattery1215 |
| 39 | Crown_Battery202 |
| 40 | Crunchypineapple |
| 41 | Dooobest |
| 42 | Dosctt |
| 43 | Dsanker_Powerbest |
| 44 | Dwavau_51 |
| 45 | Eagglewtek |
| 46 | Easyxun_All |
| 47 | Eeptop |
| 48 | Enegitechus |
| 49 | Everyyi_Good |
| 50 | Expertpow |
| 51 | Eztrade2World |
| 52 | Fantai_8866 |
| 53 | Findbig |
| 54 | First-Battery |
| 55 | Forward-Sell |
| 56 | Fotf9649 |
| 57 | Gardenlife1 |
| 58 | Genuineprotection |
| 59 | Goodebuying |
| 60 | Goodjob_2020 |
| 61 | Grenstonly |
| 62 | Happydeal-Mall |
| 63 | Happyworkak |
| 64 | Heat_Electrical |
| 65 | Hffytek |
| 66 | Hinorthocean5 |
| 67 | Hiphpower2020 |
| 68 | Homelink20 |
| 69 | Honesty2022 |
| 70 | Huatangzhu |
| 71 | Huatangzi |

| 72  | Huifeng_Forever    |
|-----|--------------------|
| 73  | Iler-4517          |
| 74  | Isave              |
| 75  | Itistool           |
| 76  | Jeremiagorciu_0    |
| 77  | Jiraphiboont_0     |
| 78  | Joinly             |
| 79  | Jonyly             |
| 80  | Justintimegifts    |
| 81  | King-Dysontec      |
| 82  | Leaderwolf06       |
| 83  | Lixiangshenghuo522 |
| 84  | Lt-Daydayup        |
| 85  | Mad_Akku           |
| 86  | Memory1900World    |
| 87  | Moonboat017        |
| 88  | Mopow8             |
| 89  | Mryangfan888       |
| 90  | Mudatech           |
| 91  | Niepan_Hot         |
| 92  | Hasas_83           |
| 93  | New2021Shop        |
| 94  | Nstraders          |
| 95  | Octoder            |
| 96  | Oepartsmaster9     |
| 97  | Onfine0183         |
| 98  | Onfine2016         |
| 99  | Only1-Power        |
| 100 | Oolongly5          |
| 101 | Optimisticplan7    |
| 102 | Out_Of_World       |
| 103 | Ownfordyson        |
| 104 | Paweboon_0         |
| 105 | Pejoy1239          |
| 106 | Power_Mart_Sydney  |
| 107 | Power_Storm        |
| 108 | Powerad_63         |
| 109 | Powerbatterydeal   |
| 110 | Powerstation1      |
| 111 | Praise-59          |
| 112 | Pricebreak-Deals   |
| 113 | Professionalsale   |
| 114 | Pwellerstore       |
| 115 | Quick-Port         |
| 116 | Rainbow0310        |

| 117 | Recovpro-45 |
|---|---|
| 118 | Resiboqihu |
| 119 | Rhighpower |
| 120 | Rpell35 |
| 121 | Ruilong_Direct |
| 122 | Shopfactoryauthorizedbattery |
| 123 | Shueysupplies |
| 124 | Shun4530 |
| 125 | Shunan8888 |
| 126 | Singrysingry |
| 127 | Sittthana-0 |
| 128 | Smexea21 |
| 129 | Soineed |
| 130 | Storm_2018 |
| 131 | Superstar8966 |
| 132 | Swanstore2016 |
| 133 | Swanstore2017 |
| 134 | Tengda9511 |
| 135 | Thesiliconvalley |
| 136 | Thiss_Star |
| 137 | Thiss0260 |
| 138 | Thiss169 |
| 139 | Thiss17815 |
| 140 | Tonybattery |
| 141 | Toolbarn |
| 142 | Toolbattery |
| 143 | Toolmall-Us |
| 144 | Toolsma-80 |
| 145 | Toolspower |
| 146 | Top_Professional1997 |
| 147 | Topbatt_2016 |
| 148 | Topbatteryzone |
| 149 | Topmotorcycle16 |
| 150 | Topsaleforever |
| 151 | Topsaleshop888 |
| 152 | Tornado_2018 |
| 153 | Tuoffuy2075 |
| 154 | Upsongdaren2021 |
| 155 | Upxingxing2021 |
| 156 | Vanyum_2018 |
| 157 | Vanyum |
| 158 | Vanyum_Star2021 |
| 159 | Vitsat-75 |
| 160 | Vovov4250 |
| 161 | Whizzohead |

| 162 | Wishwishful2021 |
|---|---|
| 163 | Womeaq |
| 164 | Xinglong2018 |
| 165 | Xingyun_Lucky |
| 166 | Yumseller |
| 167 | Yun169 |
| 168 | Yunfm2020 |
| 169 | Yuntuo6415 |
| 170 | Zzauya9635 |
| 171 | 53Ae1F5Fd911396A51A1656A |
| 172 | 5809B6951556B06D868D2A54 |
| 173 | 5938F261E81E8A3E0683Dfb9 |
| 174 | 5A7B020B9Bda4E392D5E7Bba |
| 175 | 5Bac93Acb38B9F60A24D1432 |
| 176 | 5Bbf0097B0D3F96Ac7449Aff |
| 177 | 5D044Fa4B82D8E314D8621D0 |
| 178 | 5D3Ed892E13A7E16Fef3Bf7E |
| 179 | 5D53A67D40Defd7641466Be1 |
| 180 | 5D60A6C533F0B47B9F656Cc1 |
| 181 | 5D60D32A560Eca124063B3F7 |
| 182 | 5De76F555D35F90400Bec331 |
| 183 | 5E5F55503473451A00Db5E55 |
| 184 | 5E5F64Bf4755Cc020625Cf28 |
| 185 | 5E718D12Aa163A07C06E36Bb |
| 186 | 5E718E0Bce928C1B419C11Ff |
| 187 | 5E8E83F2052E6E087Cd1D961 |
| 188 | 5Ee99D83Dc75330B8084192B |
| 189 | 5Ef64B6F29E7864480251851 |
| 190 | 5F59Bf2C2E7F3D01599192A4 |
| 191 | 5Fc207091D017826D4570D04 |
| 192 | 6045D0272F032F603Fa33766 |
| 193 | 607Ccec84Ca008A940D16298 |
| 194 | 6177B1Ba83Ac8Cfe6Ff25027 |
| 195 | Batteryer |